No. 04–679. LOCKYER, ATTORNEY GENERAL OF CALIFORNIA *v.* KENNEDY. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 04–775. BLAINE COUNTY, MONTANA, ET AL. *v.* UNITED STATES. C. A. 9th Cir. Motion of petitioners to strike brief of private respondents Joseph F. McConnell et al. granted. Certiorari denied.

No. 04–808. OZMINT, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS *v.* HALL. Sup. Ct. S. C. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 04–831. ILLINOIS CENTRAL RAILROAD CO. ET AL. *v.* SMALLWOOD. C. A. 5th Cir. Motions of Chamber of Commerce of the United States of America et al., Association of American Railroads, American Security Insurance Company, and Bryan D. Collins et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 04–847. CALIFORNIA *v.* HANKS. Ct. App. Cal., 5th App. Dist. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 04–913. ILLINOIS *v.* GILBERT. App. Ct. Ill., 4th Dist. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 04–1058. MIKULSKI ET AL. *v.* CENTERIOR ENERGY CORP. ET AL. C. A. 6th Cir. Certiorari before judgment denied.

No. 04–8719. CHUNG *v.* BANK OF AMERICA. Ct. App. Cal., 2d App. Dist. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.